IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FELICIA ANDERSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | FILE NO. 1:11-CV-3398-SCJ |
| CITY OF ATLANTA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Pursuant to the settlement negotiated by the parties, Defendant City of Atlanta is ORDERED to pay Plaintiffs the sum of Fifty Thousand Dollars ($50,000.00) inclusive of prevailing party attorney fees and costs; (B) Defendant City of Atlanta is ORDERED permanently to implement the revisions to the Atlanta Police Department Standard Operating Procedures (SOPs) set forth in Exhibit A hereto; (C) Defendant City of Atlanta is ORDERED to conduct mandatory in-person training of all Atlanta police officers every two years regarding these SOP revisions, concurrent with the mandatory training required

under the Order issued in Calhoun v. Pennington, 1:09-cv-3286-TCB (N.D. Ga. Dec. 15, 2011); and (D) this case is DISMISSED with prejudice.

IT IS SO ORDERED this 22nd day of March, 2012.

                                  *s/Steve C. Jones*
                                  Steve C. Jones
                                  United States District Judge

Exhibit A

Permanent Revisions to Atlanta Police Department SOP

General Conduct (APD.SOP.2011)

Section 4.4.1 ("Interference with Citizen's Right to Record") shall be amended to read as follows:

1. All employees shall be prohibited from interfering with a citizen's right to record police activity by photographic, video, or audio means. This prohibition is in effect only as long as the recording by the citizen does not physically interfere with the performance of an officer's duties.

2. Employees shall not intentionally delete or destroy the original or sole copy any photograph, audio, or video recording of police activity created by a member of the public.

3. Employees shall not intentionally delete or destroy the original or sole copy of any photograph, audio, or video recording relating to any use of force described under the "Reporting Requirements" section of APD SOP 3010 ("Use of Force").

Disciplinary Process (APD.SOP.2020)

Section 4.3.5(3) shall be revised to designate violation of the above-referenced rule regarding "Interference with Citizen's Right to Record" as a Category D (Dismissal) offense.