# Police and the Public

# Training Objectives

- Review the basic dialogue of traffic stop interaction and give examples of professionalism and unprofessionalism.

- Discuss issues in dealing with First Amendment situations and give examples of good professional police conduct during the Occupy Atlanta ordeal and dealing with Copwatch.

- Review the purpose of field interviews and give examples of good consensual dialogue.

# Professional Image…..

# Traffic Stop Interaction and Dialogue

- *"Hello (good morning, afternoon, evening), I am Officer Smith of the Atlanta Police Department, may I have your drivers' license please?" After Id is exchanged or info is given, "The reason I stopped you is because you did not signal."*



# Traffic Stop Verbal Judo

- Begin with a greeting.
- Identify yourself and your agency
- Give the reason for the stop
- Ask if there was a valid justification for the violation
- Ask for the driver's license
- Ask for the proof of insurance
- Issuing a citation, warning, or making a physical arrest
- Closing statement….have a nice day, etc.

# Protests and First Amendment Right Interaction

- Occupy Atlanta



# Freedom of Speech

- 1974: U.S. Supreme Court…"A properly trained officer may reasonably be expected to exercise a higher degree of restraint than an average private person, and therefore be less likely to respond belligerently to fighting words. "

- "Fat Slob"
- "Son of a Bitch"
- "F*** You"



# What Isn't Protected Speech?

## Fighting Words

- Statements that "by their very utterance inflict injury or tend to incite an immediate breach of the peace."





# Talk nice, think tactical

- Consent
- Successful field interviews

